**STATE of Missouri, Respondent,**

v.

**Jonathan M. BURTON, Appellant.**

**No. WD 60461.**

Missouri Court of Appeals, Western District.

Nov. 5, 2002.

Nancy A. McKerrow, Columbia, MO, for Appellant.

John M. Morris, III, Audra L. Charlton, Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., SMART and NEWTON, JJ.

**ORDER**

PER CURIAM.

Jonathan Burton appeals from his conviction of one count of first-degree murder and two counts of armed-criminal action. On appeal, the appellant argues that the trial court abused its discretion: 1) by failing to remove two jurors who may have seen him handcuffed and with three police officers; and 2) by admitting five autopsy photographs. The judgment is affirmed. Rule 30.25(b).